# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# LUBBOCK DIVISION

| | | |
|---|---|---|
| ROY BENJAMIN TAYLOR<br>INSTITUTIONAL ID No. 2089517, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 5:19-CV-239-M |
| PEDRO J. SERNA, JR., *et al.* | § § § § | |
| Defendants. | § | |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff did not file objections, and the Magistrate Judge's recommendation is now ripe for review. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff's Complaint is therefore **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim upon which relief can be granted.

**SO ORDERED**, this 26th day of February, 2020.

BARBARA M. G. LYNN
CHIEF JUDGE